IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LORI M. JONES,<br><br>  Defendant. | CRIMINAL NO. 17-30104-MJR<br><br>Title 18, United States Code,<br>Section 844(i) |

**FILED**
JUN 2 1 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### ARSON

On or about May 31, 2016, in St. Clair County, Illinois, which is within the Southern District of Illinois,

**LORI M. JONES,**

defendant herein, maliciously damaged or destroyed, or attempted to damage or destroy, by means of fire, Cahokia Nursing and Rehabilitation Center, a building located at #2 Annable Court, Cahokia, IL 62206, which was used in interstate commerce, and in activities affecting interstate commerce, all in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

[signature]
CHRISTOPHER HOELL
Assistant United States Attorney

[signature]
DONALD S. BOYCE
United States Attorney

Recommended Bond:  Bond with conditions